Label Matrix for local noticing
0970-4
Case 4:07-bk-01498-EWH
District of Arizona
Tucson
Fri Nov 9 12:18:10 MST 2007

Fremont Investment & Loan
P.O. Box 19030
San Bernardino, CA 92432

Wells Fargo Bank, N.A.
McCalla, Raymer, et al.
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076-2102

ARIZONA DEPT OF REVENUE
SPECIAL OPERATIONS
1600 W. MONROE, 7TH FLOOR
PHOENIX, AZ 85007-2612

Capital One
PO Box 60067
City Of Industry, CA 91716-0067

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Chase Bank USA, NA
PO BOX 15145
Wilmington, DE 19850-5145

Discover Bank/DFS Services LLC
PO Box 3025
New Albany OH 43054-3025

EMC Mortgage Corporation
Bankruptcy Department
P.O. Box 292190
Lewisville, TX 75029-2190

GE Money Bank
P.O. Box 960061
Orlando, FL 32896-0061

Countrywide Home Loans, Inc.
McCalla, Raymer, et al.
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076-2102

Pima County, Arizona
Pima County Attorney's Office
Civil Division, c/o German Yusufov
32 N. Stone, Suite 2100
Tucson, AZ 85701-1416

U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue
Tucson, AZ 85701-1704

ASC
P O Box 60768
Los Angeles, CA 90060-0768

Capital One
PO Box 70886
Charlotte, NC 28272-0886

Chase
P.O. Box 94014
Palatine, IL 60094-4014

Countrywide
P O Box 650225
Dallas, TX 75265

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

EMC Mortgage Corporation
P.O. Box 660530
Dallas, TX 75266-0530

INTERNAL REVENUE SERVICE
210 E EALRRL DR
STOP 5014PX
PHOENIX, AZ 85012

EMC Mortgage Corporation
McCalla, Raymer, et al.
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076-2102

WELLS FARGO BANK
C/O H. BONIAL
P O Box 829009
Dallas, TX 75382-9009

1st Horizon Construction Lending
400 Horizon Way
Irving, TX 75063

American Express
Box 0001
Los Angeles, CA 90096-0001

Capital One Bank
c/o Tsys Debt Management
PO Box 5155
Norcross, GA 30091-5155

Chase Bank USA
c/o Weinstein & Riley, P.S.,
PO Box 3978
Seattle, WA 98124-3978

Countrywide Home Loans, Inc.
Bankruptcy Department
7105 Corporate Drive
Mail Stop PTX-C-35
Plano, TX 75024-4100

Dunn, Rairigh & Independent Investors
Fidelity National Title Agency, Inc.
P O Box 12848
Tucson, AZ 85732-2848

Fremont Investment & Loan
P O Box 25100
Santa Ana, CA 92799-5100

PIMA COUNTY, ARIZONA
C/O PIMA COUNTY ATTORNEY'S OFFICE
32 N. STONE AVE., STE. 2100
TUCSON, AZ 85701-1416

| | | |
|---|---|---|
| Palm View Assisted Living LLC<br>11650 E. Speedway Blvd.<br>Tucson, AZ 85748-2016 | Sam Levitz<br>GE Consumer Finance<br>PO Box 960061<br>Orlando, FL 32896-0061 | Sears<br>P.O. Box 6936<br>The Lakes, NV 88901-6936 |
| U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 | WELLS FARGO BANK<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 53476<br>PHOENIX, AZ 85072-3476 | WELLS FARGO BANK N.A.<br>C/O HILARY BONIAL<br>P.O. BOX 829009<br>DALLAS, TEXAS 75382-9009 |
| WILLIAM B. & CAROL L. DUNN<br>c/o MICHAEL McGRATH, DAVID J. HINDMAN<br>MESCH, CLARK & ROTHSCHILD, P.C.<br>259 N MEYER AVE<br>TUCSON AZ 85701-1090 | Wells Fargo<br>One Home Campus/BK PMT PROC<br>MAC #X2302-04C<br>Des Moines, Iowa 50328-0001 | Wells Fargo<br>P.O. Box 30086<br>Los Angeles, CA 90030-0086 |
| Wells Fargo<br>P.O. Box 54349<br>Los Angeles, CA 90054-0349 | Wells Fargo Bank, N.A.<br>Bankruptcy Department<br>3476 Stateview Blvd<br>X7801-014<br>Ft. Mill, SC 29715-7203 | Wells Fargo Bank, N.A.<br>c/o Wells Fargo Card Services<br>Recovery Department<br>P.O. Box 9210<br>Des Moines, IA 50306-9210 |
| Wells Fargo Home Mortgage<br>P O Box 30427<br>Los Angeles, CA 90030-0427 | William B. & Carol L. Dunn<br>645 W. Orange Grove #1092<br>Tucson, AZ 85704-5665 | CLIFFORD B ALTFELD<br>ALTFELD BATTAILE & GOLDMAN, P.C.<br>250 N. MEYER AVE.<br>TUCSON, AZ 85701-1047 |
| DIANE K TWEEDY<br>11650 E. SPEEDWAY BLVD.<br>TUCSON, AZ 85748-2016 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Card
PO Box 30395
Salt Lake City, UT 84130-0395

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)WILLIAM B & CAROL L DUNN

End of Label Matrix
Mailable recipients    45
Bypassed recipients     1
Total                  46