Marty G. Baker, Esq. (AZ Bar No. 025278)
Macie J. Hawkes, Esq. (AZ Bar No. 026012)
THE COOPER CASTLE LAW FIRM, LLP
A Multi-Jurisdictional Law Firm
22601 North 19th Avenue, Suite 201
Phoenix, Arizona 85027
(623) 582-1222
File No.: 8261.30049

Attorneys for LITTON LOAN SERVICING, LP its successors and or assigns

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA - TUCSON DIVISION

IN RE:

DIANE K. TWEEDY

DEBTOR.

Case No.: 07-01498-EWH

Chapter: 11

**PROOF OF SERVICE BY MAIL**

I, Gina Dreher, declare that:

I am employed in the County of Maricopa, Arizona. My business address is: 22601 North 19th Avenue, Suite 201, Phoenix, Arizona, 85027. I am over the age of eighteen years and not a party to this cause.

On ___2/3___, I served the STIPULATION and ORDER GRANTING ADEQUATE PROTECTION, ORDER APPROVING STIPULATION and ORDER GRANTING SECURED CREDITOR ADEQUATE PROTECTION and NOTICE OF LODGMENT OF ORDER ON STIPULATION GRANTING ADEQUATE PROTECTION, in said cause by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Phoenix, Arizona, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on ___2/3___, 2009, at Phoenix, Arizona.

_____
Gina Dreher

Service List
In re DIANE K. TWEEDY,
Case No.: 07-01498-EWH

<u>Debtor:</u>
Diane K. Tweedy
11650 E. Speedway Blvd.
Tucson, AZ 85748

<u>Counsel for Debtor:</u>
Clifford B. Altfeld
ALTFELD BATTAILE & GOLDMAN, P.C.
250 N. Meyer Ave.
Tucson, AZ 85701-1090