# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | DIANE K TWEEDY | | |
| **Case Number:** | 4:07-BK-01498-EWH | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, FEBRUARY 05, 2009 02:00 PM   COURTROOM 430 | | |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL | | |
| **Courtroom Clerk:** | TERESA MATTINGLY | | |
| **Reporter / ECR:** | EUNICE STROUD | | |

## *Matter:*

CONTINUED HEARING ON CONFIRMATION OF DEBTOR'S CHAPTER 11 PLAN. (cont. from 2/3/09)

**R / M #:**   120 / 0

## *Appearances:*

DAVID SOBEL, ATTORNEY FOR DIANE K TWEEDY

## *Proceedings:*

Court notes that order confirming has been signed today.