# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | DIANE K TWEEDY | | |
| **Case Number:** | 4:07-BK-01498-EWH | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, MARCH 05, 2009 02:00 PM  COURTROOM 430 | | |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL | | |
| **Courtroom Clerk:** | TERESA MATTINGLY | | |
| **Reporter / ECR:** | EUNICE STROUD | | |

## Matter:

FINAL HEARING ON MOTION FOR RELIEF FROM STAY FILED BY MATTHEW A. SILVERMAN OF MCCARTHY HOLTHUS LEVINE ON BEHALF OF JPMORGAN CHASE BANK. (set at hrg held 2/5/09)

**R / M #:** 72 / 0

## Appearances:

MATTHEW A. SILVERMAN, ATTORNEY FOR JP MORGAN CHASE BANK, Appearing in Phoenix

## Proceedings:

Mr. Silverman states that debtor's have turned over all funds to bring themselves current. They are no longer in default. The hearing can be vacated.

COURT: THE HEARING IS VACATED.