**ALTFELD BATTAILE & GOLDMAN, P.C.**
250 North Meyer Avenue
Tucson, Arizona 85701
Telephone: (520) 622-7733
Facsimile: (520) 622-7967
CBAltfeld@ABGattorneys.com
RDSobel@ABGattorneys.com
Clifford B. Altfeld (State Bar No. 005573/PCCN: 1360)
R. David Sobel (State Bar No. 020650; PCC No. 65491)
*Attorneys for Diane K. Tweedy*

# THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

DIANE K. TWEEDY,

        Debtor.

Case No. 4:07-bk-01498-EWH
(Chapter 11)

## MOTION TO ENTER A FINAL DECREE AND CLOSE THE CASE, TOGETHER WITH NOTICE

Diane K. Tweedy (the "Debtor") hereby moves the Court to enter a Final Decree closing this case, as the estate has been fully administered. This Motion is brought pursuant to 11 U.S.C. §350 and Bankruptcy Rule 3022. This Motion is supplemented by the attached Memorandum of Points and Authorities, incorporated herein by this reference.

**Respectfully Submitted** this 18th day of May, 2009.

        ALTFELD BATTAILE & GOLDMAN, P.C.


        /s/ R. David Sobel
        R. David Sobel
        *Attorneys for Debtor*

# MEMORANDUM OF POINTS AND AUTHORITIES

The Debtor's Second Amended Plan of Reorganization dated October 22, 2008 with Three Modifications, (the "Plan") was confirmed by the Court.

In requesting an entry of a Final Decree, the Debtor provides the following:

1. The Order Confirming the Debtor's Plan has become final.

2. All distributions required by the Plan at confirmation have been made.

3. All motions, contested matters and adversary proceedings have been resolved.

4. The Plan did not contemplate the transfer of any property.

5. The Debtor as reorganized has assumed the management of the business pursuant to the Plan.

6. The Debtor's estate has been fully administered.

Any party opposing this Motion must file with this Court a written objection within fifteen (15) days from the date of the mailing of this Notice. All written objections to the Motion must be served promptly upon counsel for the Debtor at the following address:

> R. David Sobel
> *Altfeld Battaile & Goldman, P.C.*
> 250 North Meyer Avenue
> Tucson, Arizona 85701

If a party-in-interest timely objects to the Motion in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If no timely written objection and request for a hearing is filed with the Court and served upon counsel for

the Debtor within 15 days from the mailing date of this Notice, the Court may enter a Final Decree closing this case, a copy of which is attached hereto as Exhibit 1.

DATED this 18th day of May, 2009.

**ALTFELD BATTAILE & GOLDMAN, P.C.**


 /s/ R. David Sobel
R. David Sobel
*Attorneys for Debtor*

**Copy** of the foregoing mailed this
May 18, 2009 to all parties listed on
the Master Mailing List

 /s/ Elena C. Todd
Elena C. Todd