Matthew A. Silverman (018919)
Jessica R. Kenney (026615)
**McCarthy ◆ Holthus ◆ Levine**
3636 North Central Avenue
Suite 1050
Phoenix, AZ  85012
(602) 230-8726

Attorneys for Movant,
The Bank of New York Mellon formerly known as The Bank of New York as successor Trustee to JPMorgan Chase Bank, National Association as Trustee for the Certificateholders of Structured Assest Mortgage Investments II Inc. Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2005-10, its assignees and/or successors

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

### TUCSON DIVISION

| | |
|---|---|
| In re:<br><br>Diane K Tweedy,<br><br>        Debtor.<br>_____<br>The Bank of New York Mellon formerly known as The Bank of New York as successor Trustee to JPMorgan Chase Bank, National Association as Trustee for the Certificateholders of Structured Assest Mortgage Investments II Inc. Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2005-10, its assignees and/or successors,<br><br>        Movant,<br><br>  v.<br><br>Diane K Tweedy, Debtor;<br><br>        Respondents. | In Proceedings Under<br><br>Chapter 11<br><br>Case No. 4:07-bk-01498-EWH<br><br>**NOTICE OF FILING MOTION FOR RELIEF FROM AUTOMATIC STAY AND MEMORANDUM OF POINTS AND AUTHORITIES** |

| | |
|---|---|
| 1 | **NOTICE IS GIVEN** that the above Movant has filed a Motion Requesting Relief from |
| 2 | the Automatic Stay, the details of which are as follows: |
| 3 | Movant has requested termination of the stay in that Debtor is in default on a lien |
| 4 | secured by real property described as follows: 11650 East Speedway Boulevard, Tucson, AZ |
| 5 | 85748. |
| 6 | **FURTHER NOTICE IS GIVEN** that pursuant to Local Bankruptcy Rule 4001, if no |
| 7 | written objection is filed with the Court and a copy served on Movant, whose address is: |

       Matthew A. Silverman, Esq.
       **McCarthy ◆ Holthus ◆ Levine**
       3636 North Central Avenue
       Suite 1100
       Phoenix, AZ 85012

**WITHIN FIFTEEN (15) DAYS** of service of the Motion, the Motion for Relief from the Automatic Stay may be granted without further hearing. Movant's proposed form of Order is attached hereto as Exhibit "1".

    DATED: October 30, 2009

                              **McCarthy ◆ Holthus ◆ Levine**

                              By: /s/ Matthew A Silverman
                              Matthew A Silverman, Esq.
                              3636 North Central Avenue
                              Suite 1050
                              Phoenix, AZ 85012
                              Attorneys for Movant

| | |
|---|---|
| 1 | On 10/30/2009, I served the foregoing documents described as **NOTICE OF FILING** |
| 2 | **MOTION FOR RELIEF FROM AUTOMATIC STAY AND MEMORANDUM OF** |
| 3 | **POINTS AND AUTHORITIES** on the following individuals by electronic means through the |
| 4 | Court's ECF program: |

COUNSEL FOR DEBTOR
Clifford B Altfeld
cbaltfeld@abgattorneys.com

David R Sobel
rdsobel@abgattorneys.com

COUNSEL FOR US TRUSTEE
Christopher J Pattock
Christopher.J.Pattock@usdoj.gov

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

                                                                /s/ Enrique Fabela
                                                                  Enrique Fabela

On 10/30/2009, I served the foregoing documents described as **NOTICE OF FILING MOTION FOR RELIEF FROM AUTOMATIC STAY AND MEMORANDUM OF POINTS AND AUTHORITIES**, on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

UNITED STATES TRUSTEE
Office of The U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003

DEBTOR
Diane K Tweedy
11650 E Speedway Blvd.
Tucson, AZ 85748

| | |
|---|---|
| 1 | SPECIAL NOTICE |
| 2 | Christopher J Pattock |
| | Office of the U.S. Trustee |
| 3 | 230 North First Avenue, #204 |
| 4 | Phoenix, AZ 85003-1706 |
| 5 | Litton Loan Servicing, L.P. |
| | Marty G Baker |
| 6 | PO Box 829009 |
| 7 | 22601 N 19th Ave #201 |
| | Dallas, TX 75382 |
| 8 | |
| 9 | Pima County, Arizona |
| | German Yusufov |
| 10 | 32 N. Stone, Suite 2100 |
| | Tucson, AZ 85701 |
| 11 | |
| 12 | Wells Fargo Bank, N.A. |
| | John D. Schlotter |
| 13 | 1544 Old Alabama Road |
| | Roswell, GA 30076 |
| 14 | |
| 15 | Wells Fargo |
| | P.O. Box 54349 |
| 16 | Los Angeles, CA 90054-0349 |
| 17 | |
| | GE Money Bank |
| 18 | P.O. Box 960061 |
| | Orlando, FL 32896-0061 |
| 19 | |
| 20 | Chase |
| | P.O. Box 94014 |
| 21 | Palatine, IL 60094-4014 |
| 22 | American Express |
| | Box 0001 |
| 23 | Los Angeles, CA 90096-0001 |
| 24 | |
| 25 | Chase |
| | P.O. Box 15298 |
| 26 | Wilmington, DE 19850-5298 |
| 27 | Wells Fargo |
| | P.O. Box 30086 |
| 28 | Los Angeles, CA 90030-0086 |
| 29 | |

| | |
|---|---|
| 1 | Countrywide Home Loans, Inc. |
| 2 | John D. Schlotter |
| | 1544 Old Alabama Road |
| 3 | Roswell, GA 30076 |

Countrywide Home Loans, Inc.
John D. Schlotter
1544 Old Alabama Road
Roswell, GA 30076

William B & Carol L Dunn
David Jeffrey Hindman
259 N Meyer Ave
Tucson, AZ 85701

Fremont Investment & Loan
3110 East Guasti Road Suite 500
Ontario, CA 91761

Perry & Shapiro LLP
3300 N Central Ave Ste 2200
Phoenix, AZ, 85012

Sears
P.O. Box 6936
The Lakes, NV 88901-6936

Capital One
PO Box 70886
Charlotte, NC 28272-9903

Capital One
PO Box 60067
City Of Industry, CA 91716-0067

Discover Card
PO Box 30395
Salt Lake City, UT 84130-0395

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Hue Banh
Hue Banh