**ORDERED.**

Dated: January 04, 2010

_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**
_____

TIFFANY & BOSCO P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-26067/1127004643

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Diane K. Tweedy<br>      Debtor.<br>_____<br>Deutsche Bank National Truste Company, as trustee under the Morgan Stanley Mortgage Loan Trust Agreement for 2004-7AR<br>      Movant,<br>  vs.<br><br>Diane K. Tweedy, Debtor, Office of the US Trustee, Trustee.<br><br>      Respondents. | No. 4:07-BK-01498-EWH<br><br>Chapter 11<br><br>ORDER<br><br>(Related to Docket #185) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is further described as:

All of Lot 15 of HALCYON ACRES, Pima County Arizona, according to the Map of record in the office of the County Recorder, in book 6 of Maps, page 40, EXCEPT the following described parcel:

BEGINNING at a point on the Southerly line of Lot 15, distant South 67 degrees 10 minutes East 308.66 feet from the Southwest corner of said lot 15;

THENCE South 67 degrees 10 minutes East, 374.66 feet to the Southeast corner of said Lot 15;

THENCE Northerly along the East Line of said Lot 15; a distance of 330 feet to the Northeast corner thereof;

THENCE North 54 degrees 45 minutes West 418.705 feet to a point in the Northerly line of said Lot 15;

THENCE Southerly in a straight line to the POINT OF BEGINNING.

FURTHER EXCEPTING therefrom that certain parcel of land conveyed to Pima County by Instrument recorded in Docket 2265, page 407.

FURTHER EXCEPTING the following described parcel :

COMMENCING at the most Northerly corner of said Lot 15;

THENCE Southerly 54 degrees 45 minutes 00 seconds East, along the Northerly line of said Lot 15, a distance of 18.38 feet to a point in the East right-of-way line of Gollob Road, the POINT OF BEGINNING;

THENCE South 54 degrees 45 minutes 00 inches East, along the North line of said Lot 15, a distance of 334.49 feet;

THENCE South 0 degrees 22 minutes 41 seconds West, 89.16 feet;

THENCE South 89 degrees 56 minutes 30 seconds West, 272.27 feet to a point in the East right-of-way line of Gollob Road;

THENCE North 0 degrees 03 minutes 30 seconds West, 282.49 feet to the POINT OF BEGINNING.

FURTHER EXCEPT the following described parcel:

COMMENCING at the most Northerly corner of said Lot 15;

THENCE Southerly 54 degrees 45 minutes 00 inches East, along the Northerly line of said Lot 15, a distance of 18.38 feet to a point in the East right-of-way line of Gollob Road;

THENCE South 0 degrees 03 minutes 30 seconds East, along said road right-of-way, 282.49 feet to the Southwest corner of that certain parcel coneyed to R. Donald Holley in Docket 4257, page 190, the POINT OF BEGINNING ;

THENCE continue South South 0 degrees 03 minutes 30 seconds East 40.0 feet;

THENCE North 84 degrees 54 minutes 15 seconds East, 273.20 feet;

THENCE North 0 degrees 22 minutes 40 seconds East, 16.0 feet to the Southeast corner of said R. Donald Holley parcel;

THENCE South 89 degrees 56 minutes 30 seconds West, 272.27 feet to the POINT OF BEGINNING.

FURTHER EXCEPT all coal and other minerals as reserved by the United States of America in Deed Book 154, page 157.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.